**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEITH LYNN PATTERSON**
**ADC #501215** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00669-LPR**

**AMY MICHELLE JOHNSON, et al.** **DEFENDANTS**

**ORDER**

Plaintiff Keith Patterson filed this action *pro se* without paying the $405.00 filing fee or submitting a completed Application to Proceed Without Prepayment of Fees and Affidavit.[1] On July 7, 2026, the Court entered an Order directing Plaintiff to, within 45 days, either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2] The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of Plaintiff's Complaint without prejudice.[3] When that Order was returned to the Court as undeliverable,[4] the Court entered an Order directing Plaintiff to update his address with the Court within 30 days.[5] That Order also was returned to the Court as undeliverable.[6]

Plaintiff has not complied with or otherwise responded to the Court's Orders, and the time for doing so has expired. Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an

---

[1] *See* Compl. (Doc. 2).

[2] Order (Doc. 4).

[3] *Id*. at 2.

[4] *See* Doc. 5. Other mail sent to Plaintiff at his address of record also was returned as undeliverable. *See* Docs. 6, 7.

[5] Order (Doc. 8).

[6] *See* Doc. 9.

*in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE